**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Abari Construction, Inc.**<br>Name | EIN | **36–2986276** |
| United States Bankruptcy Court **Northern District of Illinois**<br>Case number: **21–00094** | | Date case filed for chapter **7**  **1/6/21** | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Abari Construction, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 556 County Line Road<br>Suite A<br>Bensenville, IL 60106 | |
| 4. | **Debtor's attorney**<br>Name and address | Justin R. Storer<br>Law Office of William J. Factor, Ltd.<br>105 W. Madison St.<br>Suite 1500<br>Chicago, IL 60602 | Contact phone 312–373–7226<br>Email: jstorer@wfactorlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Brenda Porter Helms ESQ<br>The Helms Law Firm, P.C.<br>3400 West Lawrence<br>Chicago, IL 60625 | Contact phone 773–463–6427<br>Email: brenda.helms@albanybank.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 1/7/21 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **February 1, 2021 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Appear by Telephone., visit:<br>www.justice.gov/ust–regions–r11/,<br>region–11–northern–district–illinois** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 21-00094-JSB |
| Abari Construction, Inc. | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: tjernigan | Page 1 of 4 |
| Date Rcvd: Jan 07, 2021 | Form ID: 309C | Total Noticed: 111 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Abari Construction, Inc., 556 County Line Road, Suite A, Bensenville, IL 60106-3369 |
| aty | + | David R Brown, ESQ, Springer Larsen Greene, LLC, d/b/a Springer Brown, 300 S County Farm Rd., Suite G Wheaton, IL 60187-2438 |
| 29181847 | + | AJ Technology Consulting Inc., 13231 W. 143rd St., Suite 105, Homer Glen, IL 60491-6668 |
| 29181846 | + | Acura Inc., 556 County Line Road, Bensenville, IL 60106-3369 |
| 29181849 | + | Altorfer Industries, PO Box 809239, Chicago, IL 60680-9201 |
| 29181851 | + | Amy Nicole Carollo, Office of Fund Counsel, 111 W. Jackson Blvd., #1415, Chicago, IL 60604-3868 |
| 29181852 | + | Anthony G Raimondo & Co., 2700 S. River Road, Suite 102, Des Plaines, IL 60018-4104 |
| 29181853 | + | Anthony G. Suizzo, 587 N. Edgewood Ave., Wood Dale, IL 60191-2600 |
| 29181855 | + | Atlas Bobcat, 27282 Network Place, Chicago, IL 60673-1272 |
| 29181856 | + | Blitt and Gaines, PC, 775 Corporate Woods Parkway, Vernon Hills, IL 60061-3112 |
| 29181857 | + | C&M Supply, 19800 Stoney Island Ave., Lynwood, IL 60411-8671 |
| 29181859 | + | CCS Chicago Contractors Supplies, 1567 Frontenac Road, Naperville, IL 60563-1754 |
| 29181860 | + | CDS Office Technologies, PO Box 3566, Springfield, IL 62708-3566 |
| 29181869 | + | CMC Paving, Attn: 1339, PO Box 742438, Atlanta, GA 30374-2438 |
| 29181858 | + | Carpenters Benefits Funds, PO Box 4001, Geneva, IL 60134-4001 |
| 29181861 | + | Cecilia M. Scanlon, Baum Sigman Auerbach & Neuman, Ltd., 200 W. Adams St., Suite 2200, Chicago, IL 60606-5231 |
| 29181862 | + | Cement Masons Union Local 502, Fringe Benefit Funds, PO Box 71650, Chicago, IL 60694-1650 |
| 29181863 | + | Central Laborers' Pension, Welfare and Annuity Funds, PO Box 1267, Jacksonville, IL 62651-1267 |
| 29181865 | + | Chicago Carpenters Trust Funds, PO Box 94432, Chicago, IL 60690-4432 |
| 29181866 | + | Chicago Tire, 16001 S. Van Drunen Rd., South Holland, IL 60473-1284 |
| 29181867 | + | Chicagoland Construction Safety, 1050 W. Roosevelt Rd., West Chicago, IL 60185-4801 |
| 29181868 | + | Chlorinating Ltd. Inc., 6500 W. Dakin St., Chicago, IL 60634-2412 |
| 29181870 | + | Cobra Concrete Cutting, 2416 E. Oakton, Arlington Heights, IL 60005-4820 |
| 29181871 | + | Collins & Collins, 8 S. Michigan Ave., Suite 1414, Chicago, IL 60603-3372 |
| 29181873 | + | Construction Industry Service, 1050 W. Roosevelt Road, West Chicago, IL 60185-4801 |
| 29181874 | + | Contech Engineered Solutions, PO Box 936362, Atlanta, GA 31193-6362 |
| 29181875 | + | Crush-Crete, Inc., PO Box 503, Addison, IL 60101-0503 |
| 29181876 | | Dale D. Pierson, IUOE Local 150, 6140, Countryside, IL 60525 |
| 29181877 | + | Daley & Georges, 20 S. Clark St., Suite 400, Chicago, IL 60603-1835 |
| 29181878 | + | Daniel P. McAnally, McGann, Ketterman & Rioux, 111 E. Wacker Dr., Suite 2600, Chicago, IL 60601-4208 |
| 29181879 | + | Domenico DiGioia, 556 County Line Road, Bensenville, IL 60106-3369 |
| 29181880 | + | Edgerton & Edgerton, 125 Wood St., PO Box 218, West Chicago, IL 60186-0218 |
| 29181881 | + | Efficient Trucking, Inc., 3201 S. Hoyne, Chicago, IL 60608-6120 |
| 29181882 | + | Elmhurst-Chicago Stone Company, PO Box 57, Elmhurst, IL 60126-0057 |
| 29181883 | + | First Insurance Funding, 450 Skokie Blvd., Suite 1000, Northbrook, IL 60062-7917 |
| 29181889 | + | Fox Valley Construction Workers, Fringe Benefit Funds, 75 Remittance Dr. Ste. 3163, Chicago, IL 60675-3163 |
| 29181890 | + | Frank Howard, 700 Busse Highway, Park Ridge, IL 60068-2402 |
| 29181891 | + | Ground Engineering Consultants, 350 Pfingsten Road, Unit 106, Northbrook, IL 60062-2032 |
| 29181892 | | H&H Stone LLC, 1421 S. 135th St., Bolingbrook, IL 60490 |
| 29181893 | + | Hecker and Company, 250 Industrial Lane, Wheeling, IL 60090-6340 |
| 29181895 | + | Illinois Portable Truck Inspection, PO Box 460, Palos Park, IL 60464-0460 |

| District/off: 0752-1 | User: tjernigan | Page 2 of 4 |
| Date Rcvd: Jan 07, 2021 | Form ID: 309C | Total Noticed: 111 |

| | | |
|---|---|---|
| 29181896 | + | Integrity Environmental Services, 1240 Iroquis Drive, Suite 102, Naperville, IL 60563-8537 |
| 29181897 | + | James J. Karras, 1010 Jorie Boulevard, Suite 100, Oak Brook, IL 60523-2236 |
| 29181898 | + | James M. Dore, 134 N. LaSalle, #1208, Chicago, IL 60602-1016 |
| 29181899 | + | Jeffrey Hoskins, McGeevy Williams, PC, 6735 Vistagreen Way, Rockford, IL 61107-5653 |
| 29181900 | + | Joseph Edward Mallon, Johnson & Krol, LLC, 311 S. Wacker Dr., Suite 1050, Chicago, IL 60606-6603 |
| 29181902 | ++ | KOMATSU FINANCIAL LIMITED PARTNERSHIP, 1701 W GOLF ROAD SUITE 1-300, ROLLING MEADOWS IL 60008-4208 address filed with court:, Komatsu Financial, PO Box 99303, Chicago, IL 60693 |
| 29181901 | + | Kapur & Associates, 7711 N. Fort Washington Road, Milwaukee, WI 53217-3130 |
| 29181903 | + | Laborers' Pension and Welfare Funds, 33367 Treasury Center, Chicago, IL 60694-3300 |
| 29181905 | + | Lakoma Law, 901 Warrenville Road, Suite 103, Lisle, IL 60532-4309 |
| 29181906 | + | Lee Jensen Sales Co., 101 W. Terra Cotta Avenue, Crystal Lake, IL 60014-3507 |
| 29181907 | + | Lucky's Energy Service, 6801 W. 73rd St., Box 637, Bedford Park, IL 60499-9201 |
| 29181908 | + | M501 Trucking, 193 N. Waters Edge Dr., #101, Glendale Heights, IL 60139-1640 |
| 29181909 | + | Ma Rebar, 1415 W. 37th St., Suite 205, Chicago, IL 60609-2110 |
| 29181910 | + | Macklin Incorporated, 6089 S. Dement Road, Rochelle, IL 61068-8501 |
| 29181911 | + | Marba Industry Advancement Fund, 1050 W. Roosevelt Road, West Chicago, IL 60185-4801 |
| 29181912 | + | McCann Industries, PO Box 5609, Carol Stream, IL 60197-5609 |
| 29181913 | + | Meyer Concrete Pumping, PO Box 296, Libertyville, IL 60048-0296 |
| 29181914 | + | Mid American Water, 1500 E. Mountain, Aurora, IL 60505-2441 |
| 29181915 | + | Midwest Operating Engineers, Pension Trust Fund, 6150 Joliet Rd., Countryside, IL 60525-3956 |
| 29181916 | + | Miguel Digioia, 556 County Line Road, Suite A, Bensenville, IL 60106-3369 |
| 29181917 | | Napa Auto Parts, PO Box 2047, Wilmette, IL 60091 |
| 29181918 | + | Natural Creations, 356 Bruce St., Joliet, IL 60432-1206 |
| 29181919 | + | North Central Illinois Laborers', Health & Welfare Fund, 4208 W. Partridge Way, Unit 3, Peoria, IL 61615-5650 |
| 29181920 | + | Northern Contracting, Inc., 1851 Coltenville, Sycamore, IL 60178-2663 |
| 29181921 | + | Ogletree Deakins Nash, 155 N. Wacker #4300, Chicago, IL 60606-1731 |
| 29181922 | + | Ozinga Chicago, PO Box 910, Frankfort, IL 60423-0910 |
| 29181923 | + | Ozinga Material, PO Box 910, Frankfort, IL 60423-0910 |
| 29181924 | + | Patrick Boland, Momkus LLC, 1001 Warrenville Rd., Suite 500, Lisle, IL 60532-4306 |
| 29181925 | + | Prairie Material Sales Inc., 5185 Paysphere Circle, Chicago, IL 60674-0001 |
| 29181926 | + | R.W. Dunteman, 600 S. Lombard Rd., Addison, IL 60101-4206 |
| 29181927 | #+ | R.W. Engineering & Surveying, 6225 N. 89 Cir., Omaha, NE 68134-1957 |
| 29181928 | + | Ready Refresh, Arrowhead Direct, PO Box 856680, Louisville, KY 40285-6680 |
| 29181929 | | Reliable Asphalt Corp., 2250 Southwind Blvd., Bensenville, IL 60106 |
| 29181930 | + | Rochelle Waste Disposal, 5450 Wansford Way #201, Rockford, IL 61109-7549 |
| 29181931 | + | Rock Fusco & Connelly, 321 N. Clark St., Suite 2200, Chicago, IL 60654-4614 |
| 29181932 | + | Rotec, 270 Industrial Dr., Hampshire, IL 60140-7902 |
| 29181933 | + | Rush Truck Centers, 575 St. Paul Blvd., Carol Stream, IL 60188-1847 |
| 29181938 | + | SWS Group Inc., 16128 W. Red Cloud Rd., Lockport, IL 60441-4346 |
| 29181934 | + | Southpoint Insurance, 15341 S. 94th Ave., Orland Park, IL 60462-3966 |
| 29181935 | + | Suburban Teamsters Pension Funds, Union National Bank, 101 E. Chicago St., Elgin, IL 60120-6466 |
| 29181936 | + | Suburban Teamsters Welfare, Union National Bank, 101 E. Chicago St., Elgin, IL 60120-6466 |
| 29181937 | + | Sunset Logistics, 1320 S. Virginia Rd., Crystal Lake, IL 60014-8730 |
| 29181939 | + | Teamsters Joint Council 25, 1000 NE Frontage Rd., Suite 4, Joliet, IL 60431-8783 |
| 29181940 | + | Tina M. Paries, Bryce Downey & Lenkov LLC, 200 N. LaSalle St., Suite 2700, Chicago, IL 60601-1099 |
| 29181941 | + | Travelers, Cl. Remittance Center, PO Box 660317, Dallas, TX 75266-0317 |
| 29181942 | + | United Rentals, PO Box 4719, Houston, TX 77210-4719 |
| 29181943 | + | Utility Concrete Products, 2495 W. Bungalow Road., Morris, IL 60450-9038 |
| 29181944 | + | Vanek, Larson & Kolb LLC, 200 W. Main St., Saint Charles, IL 60174-1812 |
| 29181945 | + | Village Bank & Trust, N.A., 9801 W. Higgins Rd., Suite 400, Rosemont, IL 60018-4704 |
| 29181946 | + | Village of Bensenville, 12 S. Center Street, Bensenville, IL 60106-2130 |
| 29181947 | + | Village of Gurnee, 325 N. O'Plaine Road, Gurnee, IL 60031-2610 |
| 29181948 | + | Vulcan Construction Materials, 1000 E. Warrenville Road, Naperville, IL 60563-2044 |
| 29181949 | | Waste Management, Attn: Commercial Billing, Carol Stream, IL 60197 |
| 29181950 | + | Welch Bros., PO Box 749, Elgin, IL 60121-0749 |
| 29181951 | + | Welsch Ready Mix, Inc., 4243 W. 166th St., Oak Forest, IL 60452-4608 |
| 29181952 | + | White Cap Construction Supply, PO Box 4852, Orlando, FL 32802-4852 |
| 29181953 | + | Wintrust, 311 S. Arlington Heights Road, Arlington Heights, IL 60005-1957 |
| 29181955 | + | Zenger's, 11132 W. Grand Ave., Melrose Park, IL 60164-1131 |

TOTAL: 99

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| | | | |
|---|---|---|---|
| District/off: 0752-1 | User: tjernigan | | Page 3 of 4 |
| Date Rcvd: Jan 07, 2021 | Form ID: 309C | | Total Noticed: 111 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: jstorer@wfactorlaw.com | Jan 07 2021 23:10:00 | Justin R. Storer, Law Office of William J. Factor, Ltd., 105 W. Madison St., Suite 1500, Chicago, IL 60602 |
| tr | + EDI: QBPHELMS.COM | Jan 08 2021 03:53:00 | Brenda Porter Helms, ESQ, The Helms Law Firm, P.C., 3400 West Lawrence, Chicago, IL 60625-5104 |
| 29181848 | + EDI: GMACFS.COM | Jan 08 2021 03:53:00 | Ally Financial, PO Box 9001951, Louisville, KY 40290-1951 |
| 29181850 | + EDI: AMEREXPR.COM | Jan 08 2021 03:53:00 | American Express, PO Box 360002, Fort Lauderdale, FL 33336-0002 |
| 29181894 | EDI: CITICORP.COM | Jan 08 2021 03:53:00 | Home Depot, Processing Center, Des Moines, IA 50364 |
| 29181872 | + Email/Text: comedbankruptcygroup@exeloncorp.com | Jan 07 2021 23:12:00 | ComEd, Attn: Accounts Receivable, 2100 Swift Drive, Oak Brook, IL 60523-1559 |
| 29181885 | EDI: FORD.COM | Jan 08 2021 03:53:00 | Ford Motor Credit Company, PO Box 5500, Dept. 194101, Detroit, MI 48255 |
| 29181888 | EDI: FORD.COM | Jan 08 2021 03:53:00 | Ford Motor Credit Company, PO Box 55000, Dept. 194101, Detroit, MI 48255 |
| 29181884 | + EDI: FORD.COM | Jan 08 2021 03:53:00 | Ford Credit, PO Box 650575, Dallas, TX 75265-0575 |
| 29181864 | EDI: JPMORGANCHASE | Jan 08 2021 03:53:00 | Chase Card Services, PO Box 1423, Charlotte, NC 28201 |
| 29181904 | + Email/Text: afranz@cvldc.org | Jan 07 2021 23:11:00 | Laborers' Work Dues Fund, 999 McClintock Drive, Suite 300, Burr Ridge, IL 60527-0824 |
| 29181954 | + Email/Text: bankruptcy@wrightexpress.com | Jan 07 2021 23:11:00 | Wright Express, Fleet Fueling, PO Box 6293, Carol Stream, IL 60197-6293 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29181886 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, PO Box 5500, Dept. 194101, Detroit, MI 48255 |
| 29181887 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, PO Box 5500, Dept. 194101, Detroit, MI 48255 |
| 29181854 | ##+ | ARC Logistics, 8475 Immanuel Rd., Yorkville, IL 60560-9561 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021                              Signature:        /s/Joseph Speetjens

District/off: 0752-1 | User: tjernigan | Page 4 of 4
Date Rcvd: Jan 07, 2021 | Form ID: 309C | Total Noticed: 111

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brenda Porter Helms, ESQ | brenda.helms@albanybank.com  bhelms@ecf.axosfs.com |
| David R Brown, ESQ | on behalf of Trustee Brenda Porter Helms  ESQ dbrown@springerbrown.com, iprice@springerbrown.com |
| Justin R. Storer | on behalf of Debtor 1 Abari Construction  Inc. jstorer@wfactorlaw.com, bharlow@wfactorlaw.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 4