

# AMERICAN AUCTION ASSOCIATES, INC.

# Report of Sale

Sale Of

Assets of Abari Construction, Inc.

Case No. 21-00094

Prepared for

Brenda Helms
The Helms Law Firm, P.C.
3400 West Lawrence
Chicago, Illinois  60625


AMERICAN AUCTION ASSOCIATES, INC.

# Sale Recap & Expenses



**AMERICAN AUCTION ASSOCIATES, INC.**

May 10, 2021

Brenda Helms
The Helms Law Firm, P.C.
3400 West Lawrence
Chicago, Illinois 60625

RE: Auction Summary - Abari Construction, Inc. - Case No. 21-00094

Gross Auction Proceeds          $ 211,500.00

Expenses:

| Date | Description | Amount |
|---|---|---|
| 3/16/2021 | 4-Personnel to Relocated Assets to Hoffman Estates | $ 1,000.00 |
| 3/17/2021 | 4-Personnel to Relocated Assets to Hoffman Estates | $ 1,000.00 |
| 3/18/2021 | 4-Personnel to Relocated Assets to Hoffman Estates | $ 1,000.00 |
| 4/15/2021 | 3-Personnel to Stage Assets in Hoffman Estates | $ 750.00 |
| 4/20/2021 | 2-Personnel to Prepare Videos of Assets in Operation | $ 500.00 |
| 4/20/2021 | Solenoid Valve for Gardall to Operation Boom | $ 479.44 |
| 4/21/2021 | 2-Personnel to Prepare Videos of Assets in Operation | $ 500.00 |
| 4/23/2021 | Batteries for 2015 Ford F-350 | $ 239.26 |
| 4/23/2021 | 3-Personnel Staff Inspection Day at Two Locations | $ 750.00 |
| 4/24/2021 | Auction Bookkeeper | $ 250.00 |
| 4/24/2021 | Auction Registration/Collection Clerk | $ 200.00 |
| 4/24/2021 | 2-Personnel to Control Auction & Removal | $ 500.00 |
| 4/24/2021 | Online Bidding Operator | $ 250.00 |
| 4/24/2021 | Bidspotter Online Bidding Platform Fee | $ 375.00 |
| 4/26/2021 | 2-Personnel to Supervise Post-Auction Removal | $ 500.00 |
| | | $ 8,293.70 |

# RECEIPT

04/20/2021

**FINKBINER EQUIPMENT**
**15W400 N FRONTAGE ROAD**
**BURR RIDGE, IL 60527**
**(630) 654-3700**

## Return Codes

| | |
|---|---|
| Request ID | 6189416107956040204008 |
| Result Code | SOK - Request was processed successfully. |

## Order Information

| | |
|---|---|
| Order Number | P34228 |
| Transaction Type | Sale |
| Transaction Source | MOTO - Mail/Phone Order |

**Total Amount : 479.44 USD**

## Customer Information

| | |
|---|---|
| Name | TOM MOWERY |
| Credit Card Type | Visa |
| Credit Card Number | XXXX XXXX XXXX 7122 |
| Billing Address | TOM MOWERY<br>3551 LAKE VIEW DRIVE<br>ALGONQUIN , IL 60102<br>us |

Signature:

X



**FINKBINER EQUIPMENT COMPANY**
*The Equipment People*

15W400 N. Frontage Road
Burr Ridge, IL 60527

Burr Ridge    (630) 654-3700
East Peoria   (309) 694-4455
www.finkbinerequipment.com

Ship To: SAME AS BELOW

Invoice To: *COD*WILL CALL/TOM
FINKBINER EQUIPMENT
15W400 N FRONTAGE RD
BURR RIDGE IL  60527

| Branch | | |
|---|---|---|
| BURR RIDGE, IL | | CNNYYV |
| Date | Time | Page |
| 04/20/21 | 12:57:24 (O) | 01 |
| Account No. | Phone No. | Invoice No. |
| CASHS003 | | P34228 |
| Ship Via | Purchase Order | |
| WILL CALL | CREDIT CARD | |
| | | Salesperson |
| | | 619 |

## PARTS INVOICE

ORDER#: 031494

| Part# | Description | Bin | ORD | ISS | SHP | B/O | UTTTT | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 80434315 | SOLENOID VALVE | F1D14 | 1 | 1 | 1 | | * | 268.77 | 268.77 |
| 80434308 | COIL | D2D14 | 1 | 1 | 1 | | * | 178.26 | 178.26 |

CREDIT PURCHASE>TOM@847-962-5385

```
                                    SUB TOTAL==>      447.03
                                    7.25% ILLINOIS     32.41
                                    TOTAL CREDIT CARD 479.44
```

TERMS: NET 15 DAYS

Accounts 30 days past due are subject to a service charge of 1½% per month on the unpaid balance, not to exceed 18% per annum.

CONSTRUCTION AND AGGREGATE EQUIPMENT
NEW AND USED

Subject to conditions and terms on the reverse side of this order.

REMIT TO: FINKBINER EQUIPMENT CO.
15W400 N. Frontage Road
Burr Ridge, IL 60527


AMERICAN AUCTION ASSOCIATES, INC.

# Lot Catalog

## Auction Sale of Abari Construction, Inc.

**4/24/2021**

| Lot No. | Description | Amount | Buyer No. |
|---|---|---|---|
| 1 | 1995 FORD F-150 XLT STANDARD CAB PICKUP TRUCK VIN: 1FTEF15N0SNB74431 (1995) 5.0L V8 OHV 16V, A/T, DUAL FUEL TANKS, 133-IN. W.B., 8-FT. BED, (2) WEATHER GUARD BED MOUNTED DIAMOND TREAD TOOL BOXES, RUBBER @ 75%, 241,028 MILES SHOWN ON ODOMETER | $1,100.00 | 302 |
| 2 | 2005 FORD F-250 XL SUPER DUTY EXTENDED CAB 4 X 4 PICKUP TRUCK VIN: 1FTSX21P95EB27089 (2005) 6.0L V8 OHV 32V TURBO DIESEL POWERSTROKE, AUTOMATIC TRANSMISSION, VINYL INTERIOR, 8-FT. BED W/LADDER RACK, 141-IN. WHEELBASE, FUEL STORAGE TANK W/ELECTRIC FUEL PUMP, (3) ASSORTED WEATHER GUARD DIAMOND TREAD | $700.00 | 302 |
| 3 | 2005 FORD F-250 XL SUPER DUTY EXTENDED CAB PICKUP TRUCK VIN: 1FTSX20P75EB09241 (2005) 6.0L V8 OHV 32V TURBO DIESEL POWERSTROKE, AUTOMATIC TRANSMISSION VINYL INTERIOR, 8-FT. BED, 141-IN. WHEELBASE, BED MOUNTED FUEL STORAGE TANK W/ELECTRIC FUEL PUMP, WEATHER GUARD DIAMOND TREAD BED MOUNTED TOOL BOX | $1,100.00 | 302 |
| 4 | 2007 FORD F-350 SUPER DUTY UTILITY TRUCK VIN: 1FDWE35P17DB10704 (2007) 6.0L V8 TURBO DIESEL, AUTOMATIC TRANSMISSION, KNAPHEIDE KUV ENCLOSED UTILITY BOX, 138-IN. WHEELBASE, 4,400-LB. FRONT, 7,800-LB. REAR | $1,500.00 | 302 |
| 5 | 2007 FREIGHTLINER 2000 GALLON (est.) TANDEM AXLE WATER TRUCK VIN: 1FVHCYCS97HX13842 (2007) MERCEDES BENZ 250-HP DIESEL, AUTOMATIC TRANSMISSION, MB 15-FT 2,000-GALLON (est.) CAPACITY WATER TANK S/N: B041 (05/17) MID-MOUNT DISCHARGE, 3.5-IN. REAR DISCHARGE, 18,000-LB. FRONT, 20,000-LB. REAR, RUBBER @ 75% | $7,000.00 | 5073 |
| 6 | 2002 MACK 18-FT. MV322 S/A FLATBED TRUCK VIN: VG6AF05A32B550221 (2002) 6.2L L6 DIESEL, AUTOMATIC TRANSMISSION, P.T.O., TRAILER BRAKE CONTROL, 18-FT. STEEL FLATBED W/48-IN. STAKE SIDES, HYDRAULIC RAISE, REAR MOUNTED HYDRAULIC STABLIZERS, UNDER BED MOUNTED PRO-TECH TOOL BOXES, RUBBER @ 75% | $6,500.00 | 302 |
| 7 | 2000 FORD F-650 XL SUPER DUTY 18-FT. S/A STAKE-SIDE FLATBED TRUCK VIN: 3FDNF6527YMA51694 (2000) CAT 3126 7.2L, 330-HP, AUTOMATIC TRANSMISSION 18-FT. FLATBED TRAILER W/42-IN. STAKE SIDES, HYDRAULIC LIFT GATE, 230-IN. W.B., 8,500-LB. FRONT, 17,500-LB. REAR, UNDER BED MOUNTED TOOL BOXES, 124,610-M | $7,500.00 | 5111 |
| 8 | 1997 ELGIN GEO VAC Y-SERIES STREET SWEEPER S/N: Y0137D (1997) CUMMINS ISB L6 5.9L 6-CYL DIESEL (EST.), A/T, 159-IN. WHEELBASE, 12,000-LB. FRONT, 21,000-LB. REAR, 10-IN. DIA. X 96-IN. (est.) UNDER BODY BROOM, DUAL 24-IN. (est.) GUTTER BROOMS, DUAL MID-MOUNTED 10-IN. DIA. SUCTION FIXTURES | $1,000.00 | 310 |

## Auction Sale of Abari Construction, Inc. — 4/24/2021

| Lot No. | Description | Amount | Buyer No. |
|---|---|---|---|
| 9 | 1993 INTERNATIONAL 4900 16-FT. S/A CONTRACTORS DUMP TRUCK VIN: 1HTSDPCN7PN507778 (1993) DETROIT DIESEL 6-CYL. (est.), 7-SPD, P.T.O., 40-IN. W X 5-FT. H PASS THROUGH MID MOUNTED STORAGE BOX, 16-FT. CONTRACTORS BOX W/ 23-IN. STAKE SIDES, FOLD DOWN TAIL GATE, HYDRAULIC RAISE, 254-IN. W.B., 286,371-MILES | $3,250.00 | 5059 |
| 10 | 2013 CAT CT660S SBA 6X4 DAY CAB T/A TRUCK TRACTOR VIN: 1HSJGTKR5DJ115195 (2013) MAXXFORCE CT-13 12.4L DIESEL, 475-HP, EATON FULLER 10-SPD, A/R SUSP, 12,000-LB. FRONT, 40,000-LB. REARS, 207-IN. W.B., P.T.O., WET KIT, AIR-ASSIST 5TH WHEEL, ALUMINUM VISOR, HEAD ACHE RACK, TANKS, & WHEELS, RUBBER @ 75% | $22,000.00 | 303 |
| 11 | 2012 CAT CT660S SBA 6X4 DAY CAB T/A TRUCK TRACTOR VIN: 1HSJGTKRXCJ651106 (2012) MAXXFORCE CT-13 12.4L DIESEL, 475-HP, EATON FULLER 10-SPD, A/R SUSP, 12,000-LB. FRONT, 40,000-LB. REARS, 181-IN. W.B., P.T.O., WET KIT, AIR-ASSIST 5TH WHEEL, ALUMINUM VISOR, HEAD ACHE RACK, TANKS, & WHEELS, RUBBER @ 50% | $20,000.00 | 303 |
| 12 | DIERZEN DOMINATOR 20-FT. T/A FRAMELESS END DUMP TRAILER VIN: N/A, SPRING SUSP, SWING-OUT TAIL GATE, TARP SYSTEM | $15,000.00 | 303 |
| 13 | 2014 BOBCAT T870 2-SPEED COMPACT TRACK LOADER S/N: AN8L12647 (2014) 84-IN. UNIVERSAL BUCKET, AUX. HYD., A/C CAB, JOYSTICK CONTROLS, 18-IN. RUBBER TRACKS, 4,025-HOURS SHOWING, U/C @ 25%, NO CAB DOOR | $19,000.00 | 5111 |
| 14 | 2014 BOBCAT S770 2-SPEED SKID STEER LOADER S/N: ATF212466 (2014) 72-IN. UNIVERSAL BUCKET, AUX. HYD., A/C CAB, JOYSTICK CONTROLS, SEGMENTED TIRES, 3,940-HOURS, RUBBER @ 25% | $16,000.00 | 309 |
| 16 | MFG. N/A 102-IN. X 24-FT. T/A EQUIPMENT TRAILER VIN: N/A, 102-IN. X 24-FT. OVERALL, 80-IN. X 18-FT. WOOD DECK, 4-FT. FOLD DOWN RAMPS, PINTLE HITCH, RUBBER @ 75% | $2,500.00 | 303 |
| 17 | 1993 CRONKITE 102-IN. X 19-FT. T/A EQUIPMENT TRAILER VIN: 473261927P1110113 (1993) 102-IN. X 19-FT. OVERALL, 80-IN. X 15-FT. WOOD DECK, 4-FT. FOLD DOWN RAMPS, PINTLE HITCH, RUBBER @ 75% | $1,200.00 | 316 |

| Auction Sale of Abari Construction, Inc. | | 4/24/2021 | |
|---|---|---|---|
| Lot No. | Description | Amount | Buyer No. |
| 18 | 2019 P.J. TRAILERS 30-FT. (est.) F8242 16,000-LB. CAPACITY T/A EQUIPMENT TRAILER VIN: 4P5F82426K3034851 (2019) 102-IN. X 30-FT. OVERALL, 102-IN. X 20-FT. WOOD DECK, 4.5-FT. BEAVER TAIL, 4-FT. MONSTER FOLD DOWN RAMP, PINLTE HITCH, RUBBER @ 75% | $6,500.00 | 313 |
| 19 | 1988 BELSHE 96-IN. X 26-FT. T9-2AP 20,000-LB. CAPACITY T/A EQUIPMENT TRAILER VIN: 16JF01828J1019105 (1988) 96-IN. X 26-IN. OVERALL, 96-IN. X 18-FT. WOOD DECK, 5-FT. BEAVER TAIL, 4-FT. FOLD DOWN RAMPS, PINTLE HITCH, RUBBER @ 50% | $2,000.00 | 303 |
| 20 | 1989 BELSHE 96-IN. X 26-FT. T9-2AP 20,000-LB. CAPACITY T/A EQUIPMENT TRAILER VIN: 16JF01827K1019959 (1989) 96-IN. X 26-IN. OVERALL, 96-IN. X 18-FT. WOOD DECK, 5-FT. BEAVER TAIL, 4-FT. FOLD DOWN RAMPS, PINTLE HITCH, RUBBER @ 50% | $1,700.00 | 303 |
| 21 | ALLEN 26-FT. TRTP255 TRIPLE ROLLER TUBE PAVER CAPACITY T/A EQUIPMENT TRAILER VIN: 16JF01827K1019959 (1989) 96-IN. X 26-IN. OVERALL, 96-IN. X 18-FT. WOOD DECK, 5-FT. BEAVER TAIL, 4-FT. FOLD DOWN RAMPS, PINTLE HITCH, RUBBER @ 50% | $4,250.00 | 304 |
| 22 | 2010 DYNAPAC LP8500 34-IN. TANDUM REMOTE TRENCH COMPACTOR S/N: 18500719 (2010) HATZ 2-CYL. DIESEL MODEL 2G40, 34-IN. DRUMS, REMOTE CONTROL | $450.00 | 317 |
| 23 | LINK-BELT 210LX HYDRAULIC EXCAVATOR S/N: K3J6-1245 MFG # 210Q3-2254 (2006) 45-IN. Q/C DIGGING BUCKET W/BOLT-ON SIDE BLADES, GEITH Q/C COUPLE W/CONTROL, 9-FT, 8-IN. (est.) STICK, AUXILIARY HYDRAULICS, A/C CAB, 31.5-IN. T.B.G., 9,916.8-HOURS SHOWING | $27,000.00 | 5015 |
| 24 | 2003 GRADALL XL4100II 6 X 4 MOBILE EXCAVATOR S/N: 4100040 (2003) MERCEDES-BENZ 6 CYL MODEL OM-906LA CID 388, 250-HP, 5.12-STROKE, EATON-FULLER 9-SPD, LOWER MODEL GW-460-41 LOWER S/N: 90694600311858, S/N: G00040, 46,422-MILES SHOWING, 8,630-HOURS SHOWING ON LOWER, 2-SECTION TELESCOPIC BOOM | $10,500.00 | 303 |
| 25 | 1997 GROVE AMZ68XT 4 X 4 X 4 BOOM LIFT S/N: 43397, DEUTZ 4-CYL., 2-SECTION TELESCOPIC BOOM, POWER TO PLATFORM, HYD. ROTATION, (4) NEWER 15-19-5, 62-FT. MAX TRAVEL HEIGHT, 500-LB. CAPACITY, 5,713.6-HOURS SHOWING | $6,500.00 | 5059 |

| Auction Sale of Abari Construction, Inc. | | 4/24/2021 | |
|---|---|---|---|
| Lot No. | Description | Amount | Buyer No. |
| 26 | 1987 FORD CARGO 7000 16-FT. CONTRACTORS DUMP TRUCK VIN: 9BFXH70P6HDM00913, 6-CYL. DIESEL, MANUAL, 16-FT. STEEL CONTRACTORS BOX W/SWING DOWN TAIL GATE, HYDRAULIC RAISE, 30-IN. WOOD STAKE SIDES, PINTLE HITCH, FRONT TIRES @ 75%, REAR TIRES @ 50% , 85,582 MILES SHOWN ON ODOMETER | $2,500.00 | 302 |
| 27 | 1988 FORD 16-FT. S/A CONTRACTORS DUMP TRUCK VIN: 1FDPK74P8JVA28427 (1988) 6.6L 401 W/170-HP MODEL 170, 5-SPD HI-LO 2 SPD AXLE, 16-FT. STEEL CONTRACTORS BOX W/FOLD DOWN SIDES, SWING-OUT TAIL GATE, HYDRAULIC RAISE, P.T.O., 189-IN. W.B., 22-IN. WOOD STAKE SIDES, UNDER BOX BOUNTED TOOL BOXES, PINTLE HITCH | $1,750.00 | 302 |
| 28 | 2015 FORD F-350 LARIAT SUPER DUTY EXTENDED CAB 4 X 4 UTILITY TRUCK VIN: 1FT8X3BT8FED26342 (2015) 6.7L POWER STROKE B20 DIESEL, A/T, LEATHER INTERIOR, STAHL 8-FT. UTILITY BODY W/LADDER RACK, FUEL STORAGE TANK W/ELECTRIC PUMP, 158-IN. W.B., 5,600-LB. FRONT, 7,000-LB. REAR, TRAILER HITCH | $23,000.00 | 308 |

$211,500.00