# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: §
§
ABARI CONSTRUCTION, INC. §  Case No. 21-00094
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/06/2021.  The undersigned trustee was appointed on 01/06/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 211,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 12,514.77 |
| Bank service fees | | 1,424.04 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 197,561.19 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 04/21/2021 and the deadline for filing governmental claims was 07/06/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,825.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests a sum of $13,825.00, for a total compensation of $13,825.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/30/2022                By: /s/BRENDA PORTER HELMS, TRUSTEE
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 21-00094 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | ABARI CONSTRUCTION, INC. | | | | Date Filed (f) or Converted (c): | 01/06/2021 (f) |
| | | | | | 341(a) Meeting Date: | 02/01/2021 |
| For Period Ending: | 03/30/2022 | | | | Claims Bar Date: | 04/21/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Parkway Bank Checking Accout | 1,048.59 | 1,048.59 | | 0.00 | FA |
| 2. Account receivable - Over 90 days old | 2,350,177.00 | 2,350,177.00 | | 0.00 | FA |
| 3. Office Furniture<br><br>Desk and conference tables ($5,000), five chairs ($200) | 5,200.00 | 5,200.00 | | 0.00 | FA |
| 4. Office Equipment<br><br>Desk phones ($500), 3 Dell desktop computers ($600), 7 computer monitors ($1,400), misc. office supplies ($100) | 2,600.00 | 2,600.00 | | 0.00 | FA |
| 5. 2017 Ford F150 | 17,500.00 | 17,500.00 | | 0.00 | FA |
| 6. Various vehicles and trailers | 193,301.00 | 193,301.00 | | 103,950.00 | FA |
| 7. Other machinery, fixtures, and equipment | 298,451.00 | 298,451.00 | | 107,550.00 | FA |
| 8. Village of Bensenville business license | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $2,868,277.59      $2,868,277.59      $211,500.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold vehicles and equipment at auction per orders [Dkt. 50, 56]; Trustee's report of sale filed [Dkt. 65] Trustee reviewing claims and collection of Accounts receivable

Initial Projected Date of Final Report (TFR): 10/01/2021      Current Projected Date of Final Report (TFR): 12/31/2021

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 21-00094 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: ABARI CONSTRUCTION, INC. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0315 |
| | Checking |
| Taxpayer ID No: XX-XXX6276 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/30/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/19/21 | | American Auction Associates Inc. | proceeds of sale of equipment and vehicles List of equip and vehicles sold is attached to Motion to Approve Auctioneer's Report [Dkt. 47] | | $211,500.00 | | $211,500.00 |
| | | | Gross Receipts           $211,500.00 | | | | |
| | 6 | | Various vehicles and trailers    $103,950.00 | 1129-000 | | | |
| | 7 | | Other machinery, fixtures, and equipment    $107,550.00 | 1129-000 | | | |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.93 | $211,402.07 |
| 06/08/21 | 2001 | American Auction Associates | Auctioneer for Trustee Expenses (Other Firm) (dkt 64) | 3620-000 | | $8,293.70 | $203,108.37 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $222.93 | $202,885.44 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $224.01 | $202,661.43 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $223.77 | $202,437.66 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $216.30 | $202,221.36 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $223.27 | $201,998.09 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $215.83 | $201,782.26 |
| 12/15/21 | 2002 | Alan D. Lasko & Associates P.C. | Accountant fees/exp court order dkt #69 entered 11/22/21 | 3410-000 | | $4,169.38 | $197,612.88 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*          Page Subtotals:          $211,500.00    $13,887.12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 21-00094 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | ABARI CONSTRUCTION, INC. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0315 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6276 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/30/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/21 | 2003 | Alan D. Lasko & Associates P.C. | accountant expenses  dkt #69 entered 11/22/21 | 3420-000 | | $51.69 | $197,561.19 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $211,500.00 | $13,938.81 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $211,500.00 | $13,938.81 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $211,500.00 | $13,938.81 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Page Subtotals:      $0.00      $51.69

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0315 - Checking | $211,500.00 | $13,938.81 | $197,561.19 |
| | $211,500.00 | $13,938.81 | $197,561.19 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $211,500.00 |
| Total Gross Receipts: | $211,500.00 |

Exhibit C
## ANALYSIS OF CLAIMS REGISTER

Case Number: 21-00094  
Debtor Name: ABARI CONSTRUCTION, INC.  
Claims Bar Date: 4/21/2021  

Date: March 30, 2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BRENDA PORTER HELMS, TRUSTEE<br>THE HELMS LAW FIRM, P.C.<br>3400 WEST LAWRENCE,<br>CHICAGO, IL 60625 | Administrative | | $0.00 | $13,825.00 | $13,825.00 |
| 100 3210 | Springer Larsen & Greene | Administrative | | $0.00 | $3,777.00 | $3,777.00 |
| 100 3220 | SpringerLaresen & Greene | Administrative | | $0.00 | $369.28 | $369.28 |
| 100 3410 | P. C. Alan D. Lasko & Associats | Administrative | First Application for Compensation awarded $4,169.38 (Dkt. 69)<br>Final fee application seeks $2,959.00 | $0.00 | $7,128.38 | $7,128.38 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES P.C.<br>Alan D. Lasko & Associates, P.C. | Administrative | First Application awarded $51.69 in expenses (Dkt. 69)<br>Final application seeks $41.80 in expenses | $0.00 | $93.49 | $93.49 |
| 100 3620 | American Auction Associates | Administrative | | $0.00 | $8,293.70 | $8,293.70 |
| 9 400 4210 | Village Bank & Trust<br>c/o Chuhak & Tecson<br>Amanda Losquadro<br>30 S. Wacker Dr #2600<br>Chicago IL 60606 | Secured | | $0.00 | $187,545.69 | $187,545.69 |
| 12 400 4210 | HD Supply Construction Supply<br>c/o Bazanos Law PC<br>20 N. Clark #3300<br>Chicago IL 60602 | Secured | Secured portion valued at $0 per order 1/25/22 [Dkt. 84] | $0.00 | $16,904.73 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-00094  
Debtor Name: ABARI CONSTRUCTION, INC.  
Claims Bar Date: 4/21/2021  
Date: March 30, 2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3A 240 5400 | CHICAGO REGIONAL COUNCIL OF CARPENTERS BENEFIT FUN BRUCE C SCALAMBRINO ESQ 105 WEST MADISON STREET SUITE 1600 CHICAGO IL 60602 | Priority | | $0.00 | $26,890.45 | $26,890.45 |
| 13 240 5400 | Laborers Pension Fund c/o Amy Carollo Office of Fund Counsel 111 W. Jackson Blvd #1415 Chicago IL 60604 | Priority | | $0.00 | $116,490.25 | $116,490.25 |
| 14 240 5400 | Laboreres Welfare Fund c/o Amy Carollo Office of Fund Counsel 111 W. Jackson Blvd #1415 Chicago IL 60604 | Priority | | $0.00 | $87,767.11 | $87,767.11 |
| 15 240 5400 | Loborers Dist Council Retiree Health c/o Amy carollo Office of Fund Counsel 111 W. Jackson Blvd #1415 Chicago IL 60632 | Priority | | $0.00 | $41,748.03 | $41,748.03 |
| 16 240 5400 | Construction and General Laborers District Council c/o Amy Carollo Office of Fund Counsel 111 W. Jackson Blvd. #1415 Chicago IL 60632 | Priority | | $0.00 | $7,575.39 | $7,575.39 |
| 17 240 5400 | Construction and General Laborers District Council c/o Amy Carollo Office of Fund Counsel 111 W. Jackson Blvd. #1415 Chicago IL 60632 | Priority | | $0.00 | $15,194.09 | $15,194.09 |
| 18 240 5400 | IL Small Pavers Assoc Chi Area Laborers Employee c/o Amy Carollo Office of Fund Council 111 W. Jackson Blvd #1415 Chicago IL 60604 | Priority | | $0.00 | $2,753.72 | $2,753.72 |
| 1 300 7100 | Curran Contracting Co c/p Peter Swan440 Cenral Ave. Evergreen Park IL 60035 | Unsecured | | $0.00 | $139,493.00 | $139,493.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-00094  
Debtor Name: ABARI CONSTRUCTION, INC.  
Claims Bar Date: 4/21/2021  

Date: March 30, 2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2 300 7100 | Fox Valley & Vicinity Construction Workers Fringe C/O Cecilia Scanlon Baum Sigman Auerbach & Neuman 200 W. Adams St #2200 Chicago IL 60602 | Unsecured | | $0.00 | $84,390.78 | $84,390.78 |
| 3 300 7100 | Chicago Regional Council of Carpenters Benefit Funds c/o Bruce Scalambrino 105 W. Madison St #1600 Chicago IL 60602 | Unsecured | | $0.00 | $39,102.50 | $39,102.50 |
| 4 300 7100 | M501 Trucking 193 N. Waters Edge #101 Glendale Heights IL 60139 | Unsecured | | $0.00 | $5,039.50 | $5,039.50 |
| 5 300 7100 | JP Morgan Chase NA Robertson Anshutz & Schneid 6409 Congress Ave. #100 Boca Raton FL 33487 | Unsecured | | $0.00 | $80,970.51 | $80,970.51 |
| 6 300 7100 | Suburban Teamsters of Northern Illinois Pension Funds c/o Arnold & Kadjan 35 E.Wacker Dr #600 Chicago IL 60601 | Unsecured | | $0.00 | $28,966.33 | $28,966.33 |
| 7 300 7100 | Teamsters of Northern IL Welfare Fund c/o John toomey Arnold & Kadjan 35 E. Wacker Dr #600 Chicago IL 60601 | Unsecured | | $0.00 | $25,210.31 | $25,210.31 |
| 8 300 7100 | The Fidelity & Deposit Co of Maryland c/o Zurich P.O. Box 68549 Schaumburg IL 60196 | Unsecured | | $0.00 | $1.00 | $1.00 |
| 10 300 7100 | Suburban Teamsters of Norhtern IL Pension Funds c/o Arnold & Kadjan LLP 35 E. Wacker Dr #600 Chicago IL 60601 | Unsecured | | $0.00 | $156,439.00 | $156,439.00 |
| 11 300 7100 | CCS Chicago Contractor Supply c/o Dore Law Offices LLC 134 N. LaSalle St #1208 Chicago IL 60602 | Unsecured | | $0.00 | $21,786.95 | $21,786.95 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-00094  
Debtor Name: ABARI CONSTRUCTION, INC.  
Claims Bar Date: 4/21/2021  

Date: March 30, 2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 12A 300 7100 | HD Supply Construction Supply<br>c/o Bazanos Law PC<br>20 N. Clark #3300<br>Chicago IL 60602 | Unsecured | | $0.00 | $31,985.03 | $31,985.03 |
| 13A 300 7100 | Laborers Pension Fund<br>c/o Amy Carollo<br>Office of Fund Counsel<br>111 W. Jackson Blvd #1415<br>Chicago IL 60604 | Unsecured | | $0.00 | $170,799.33 | $170,799.33 |
| 14A 300 7100 | Laboreres Welfare Fund<br>c/o Amy Carollo<br>Office of Fund Counsel<br>111 W. Jackson Blvd #1415<br>Chicago IL 60604 | Unsecured | | $0.00 | $77,311.62 | $77,311.62 |
| 15A 300 7100 | Laborers Dist Council Rtiree Health<br>c/o Amy Corolla<br>Office of Fund Counsel<br>111 W. Jackson Blvd #1415<br>Chicago IL 60632 | Unsecured | | $0.00 | $33,514.96 | $33,514.96 |
| 16A 300 7100 | Construction and General Laborers District Council<br>c/o Amy Carollo<br>Office of Fund Counsel<br>111 W. Jackson Blvd. #1415<br>Chicago IL 60632 | Unsecured | | $0.00 | $4,103.99 | $4,103.99 |
| 17A 300 7100 | Construction and General Laborers District Council<br>c/o Amy Carollo<br>Office of Fund Counsel<br>111 W. Jackson Blvd. #1415<br>Chicago IL 60632 | Unsecured | | $0.00 | $6,268.88 | $6,268.88 |
| 18A 300 7100 | IL Small Pavers Assoc Chi Area Loreres Employee<br>c/o Amy Carollo<br>Office of Fund Counsel<br>111 w. Jackson Blvd #1415<br>Chicago IL 60604 | Unsecured | | $0.00 | $1,313.86 | $1,313.86 |
| 19 300 7100 | AMERICAN EXPRESS NATIONAL BANK<br>AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured | | $0.00 | $32,873.78 | $32,873.78 |
| 20 300 7100 | Welch Bros Inc.<br>c/o Vanek Larson & Kolb LLC<br>200 W. Main St<br>St. Charles IL 60174 | Unsecured | | $0.00 | $55,060.37 | $55,060.37 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-00094                                                                                           Date: March 30, 2022
Debtor Name: ABARI CONSTRUCTION, INC.
Claims Bar Date: 4/21/2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 21 300 7100 | Ozinga Ready Mix Concrete Inc. Toni Huscher 19001 LaGrange Road Mokena IL 60448 | Unsecured | | $0.00 | $894,372.57 | $894,372.57 |
| 22 300 7100 | Ozinga Materials Toni Huscher 19001 Old La Grange Road Mokena IL 60448 | Unsecured | | $0.00 | $4,125.04 | $4,125.04 |
| 23 300 7100 | Central Laborers Pension Fund c/o Richard Toth Geores & Synowiecki 20 S. Clark St. #400 Chicago IL 60603 | Unsecured | | $0.00 | $45,242.90 | $45,242.90 |
| 24 300 7100 | Sunset Logistics LLC c/o Lichtman Eisen Partners Ltd 134 N. LaSalle St #750 Chicago IL 60602 | Unsecured | | $0.00 | $7,136.18 | $7,136.18 |
| 25 300 7100 | Carpenters Pension Fund of IL c/o John P. Leahy Cavanagh & O'Hara LLP 2319 W. Jefferson St Sprngfield IL 62702 | Unsecured | | $0.00 | $1,188.26 | $1,188.26 |
| 26 300 7100 | Northern Contrcting Inc. 1851 Coltonville Sycamore IL 60178 | Unsecured | | $0.00 | $55,072.72 | $55,072.72 |
| 27 300 7100 | Mid American Water Inc. Robbins Demonte Ltd 180 N. LaSalle Street #3300 Chicago IL 60601 | Unsecured | | $0.00 | $75,745.53 | $75,745.53 |
| 28 300 7100 | T.H. Davidson, Inc. dba Welsch Ready Mix 4243 W. 166th Street Oak Forest, IL 60452 | Unsecured | | $0.00 | $93,474.52 | $93,474.52 |
| 29 300 7100 | Midwest Operating Engineers Welfare Fund Institute for Worker Welfare, P.C. 6140 Joliet Road COUNTRYSIDE, IL 60525 | Unsecured | | $0.00 | $165,641.52 | $165,641.52 |

Exhibit C
## ANALYSIS OF CLAIMS REGISTER

Case Number: 21-00094  
Debtor Name: ABARI CONSTRUCTION, INC.  
Claims Bar Date: 4/21/2021  
Date: March 30, 2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 30 300 7100 | Operating Engineers Local 150 Apprenticeship Fund<br>Institute for Worker Welfare, P.C.<br>6140 Joliet Road<br>Local 150 Legal Dept.<br>Countryside, IL 60525 | Unsecured | | $0.00 | $9,946.18 | $9,946.18 |
| 31 300 7100 | Midwest Operating Engineers Pension Trust Fund<br>Institute for Worker Welfare, P.C.<br>6140 Joliet Road<br>Local 150 Legal Dept.<br>Countryside, IL 60525 | Unsecured | | $0.00 | $78,811.67 | $78,811.67 |
| 32 300 7100 | Midwest Operating Engineers Retirement Enhancement<br>Institute for Worker Welfare, P.C.<br>6140 Joliet Road<br>Local 150 Legal Dept.<br>Countryside, IL 60525 | Unsecured | | $0.00 | $18,499.14 | $18,499.14 |
| 33 300 7100 | Local 150 U. O. E. Vacation Savings Plan, I<br>Institute for Worker Welfare, P.C.<br>6140 Joliet Road<br>Countryside, IL 60525 | Unsecured | | $0.00 | $5,508.10 | $5,508.10 |
| 34 300 7100 | Midwest Operating Engineers Construction Industry<br>Institute for Worker Welfare, P.C.<br>6140 Joliet Road<br>Countryside, IL 60525 | Unsecured | | $0.00 | $8,141.60 | $8,141.60 |
| 35 300 7100 | AFL-CIO IUOE Local 150<br>Local 150 Legal Department<br>6140 Joliet Road<br>Countryside, IL 60525 | Unsecured | | $0.00 | $4,577.41 | $4,577.41 |
| 36 300 7100 | Ford Motor Credit Company LLC<br>775 Corporate Woods Parkway<br>Vernon Hills, IL 60061 | Unsecured | | $0.00 | $12,992.19 | $12,992.19 |
| 37 300 7100 | Judlau Contracting, Inc.<br>1011 Warrenville Road Suite 195<br>Lisle, IL 60532 | Unsecured | | $0.00 | $2,311,492.81 | $2,311,492.81 |
| | Case Totals | | | $0.00 | $5,322,956.35 | $5,306,051.62 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 21-00094
Case Name: ABARI CONSTRUCTION, INC.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $ 197,561.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12 | HD Supply Construction Supply | $ 16,904.73 | $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | Village Bank & Trust | $ 187,545.69 | $ 187,545.69 | $ 0.00 | $ 176,589.11 |

Total to be paid to secured creditors $ 176,589.11

Remaining Balance $ 20,972.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 13,825.00 | $ 0.00 | $ 13,825.00 |
| Attorney for Trustee Fees: Springer Larsen & Greene | $ 3,777.00 | $ 0.00 | $ 3,777.00 |
| Accountant for Trustee Fees: P. C. Alan D. Lasko & Associats | $ 7,128.38 | $ 4,169.38 | $ 2,959.00 |
| Auctioneer Expenses: American Auction Associates | $ 8,293.70 | $ 8,293.70 | $ 0.00 |
| Other: ALAN D. LASKO & ASSOCIATES P.C. | $ 93.49 | $ 51.69 | $ 41.80 |
| Other: SpringerLaresen & Greene | $ 369.28 | $ 0.00 | $ 369.28 |

|  | Total to be paid for chapter 7 administrative expenses | $ 20,972.08 |
|---|---|---|
|  | Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $298,419.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3A | CHICAGO REGIONAL COUNCIL OF CARPENTERS BENEFIT FUN | $ 26,890.45 | $ 0.00 | $ 0.00 |
| 13 | Laborers Pension Fund | $ 116,490.25 | $ 0.00 | $ 0.00 |
| 14 | Laboreres Welfare Fund | $ 87,767.11 | $ 0.00 | $ 0.00 |
| 15 | Loborers Dist Council Retiree Health | $ 41,748.03 | $ 0.00 | $ 0.00 |
| 16 | Construction and General Laborers District Council | $ 7,575.39 | $ 0.00 | $ 0.00 |
| 17 | Construction and General Laborers District Council | $ 15,194.09 | $ 0.00 | $ 0.00 |
| 18 | IL Small Pavers Assoc Chi Area Laborers Employee | $ 2,753.72 | $ 0.00 | $ 0.00 |

|  | Total to be paid to priority creditors | $ 0.00 |
|---|---|---|
|  | Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,786,600.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Curran Contracting Co | $ 139,493.00 | $ 0.00 | $ 0.00 |
| 2 | Fox Valley & Vicinity Construction Workers Fringe | $ 84,390.78 | $ 0.00 | $ 0.00 |
| 3 | Chicago Regional Council of Carpenters Benefit Funds | $ 39,102.50 | $ 0.00 | $ 0.00 |
| 4 | M501 Trucking | $ 5,039.50 | $ 0.00 | $ 0.00 |
| 5 | JP Morgan Chase NA | $ 80,970.51 | $ 0.00 | $ 0.00 |
| 6 | Suburban Teamsters of Northern Illinois Pension Funds | $ 28,966.33 | $ 0.00 | $ 0.00 |
| 7 | Teamsters of Northern IL Welfare Fund | $ 25,210.31 | $ 0.00 | $ 0.00 |
| 8 | The Fidelity & Deposit Co of Maryland | $ 1.00 | $ 0.00 | $ 0.00 |
| 10 | Suburban Teamsters of Norhtern IL Pension Funds | $ 156,439.00 | $ 0.00 | $ 0.00 |
| 11 | CCS Chicago Contractor Supply | $ 21,786.95 | $ 0.00 | $ 0.00 |
| 12A | HD Supply Construction Supply | $ 31,985.03 | $ 0.00 | $ 0.00 |
| 13A | Laborers Pension Fund | $ 170,799.33 | $ 0.00 | $ 0.00 |
| 14A | Laboreres Welfare Fund | $ 77,311.62 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15A | Laborers Dist Council Rtiree Health | $ 33,514.96 | $ 0.00 | $ 0.00 |
| 16A | Construction and General Laborers District Council | $ 4,103.99 | $ 0.00 | $ 0.00 |
| 17A | Construction and General Laborers District Council | $ 6,268.88 | $ 0.00 | $ 0.00 |
| 18A | IL Small Pavers Assoc Chi Area Loreres Employee | $ 1,313.86 | $ 0.00 | $ 0.00 |
| 19 | AMERICAN EXPRESS NATIONAL BANK | $ 32,873.78 | $ 0.00 | $ 0.00 |
| 20 | Welch Bros Inc. | $ 55,060.37 | $ 0.00 | $ 0.00 |
| 21 | Ozinga Ready Mix Concrete Inc. | $ 894,372.57 | $ 0.00 | $ 0.00 |
| 22 | Ozinga Materials | $ 4,125.04 | $ 0.00 | $ 0.00 |
| 23 | Central Laborers Pension Fund | $ 45,242.90 | $ 0.00 | $ 0.00 |
| 24 | Sunset Logistics LLC | $ 7,136.18 | $ 0.00 | $ 0.00 |
| 25 | Carpenters Pension Fund of IL | $ 1,188.26 | $ 0.00 | $ 0.00 |
| 26 | Northern Contrcting Inc. | $ 55,072.72 | $ 0.00 | $ 0.00 |
| 27 | Mid American Water Inc. | $ 75,745.53 | $ 0.00 | $ 0.00 |
| 28 | T.H. Davidson, Inc. dba Welsch Ready Mix | $ 93,474.52 | $ 0.00 | $ 0.00 |
| 29 | Midwest Operating Engineers Welfare Fund | $ 165,641.52 | $ 0.00 | $ 0.00 |
| 30 | Operating Engineers Local 150 | $ 9,946.18 | $ 0.00 | $ 0.00 |
| 31 | Midwest Operating Engineers Pension Trust Fund | $ 78,811.67 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 32 | Midwest Operating Engineers Retirement Enhancement | $ 18,499.14 | $ 0.00 | $ 0.00 |
| 33 | Local 150 U. O. E. Vacation Savings Plan, I | $ 5,508.10 | $ 0.00 | $ 0.00 |
| 34 | Midwest Operating Engineers Construction Industry | $ 8,141.60 | $ 0.00 | $ 0.00 |
| 35 | AFL-CIO IUOE Local 150 | $ 4,577.41 | $ 0.00 | $ 0.00 |
| 36 | Ford Motor Credit Company LLC | $ 12,992.19 | $ 0.00 | $ 0.00 |
| 37 | Judlau Contracting, Inc. | $ 2,311,492.81 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE